IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER MITCHELL, | § | |
| | § | No. 657, 2015 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1304023925 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 10, 2016
Decided: March 11, 2016

## ORDER

This 11th day of March 2016, it appears to the Court that, on February 8, 2016, the Clerk issued a notice to show cause, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to file the opening brief and appendix. The appellant has not responded to the notice to show cause within the required ten-day period and has not filed the opening brief and appendix. Dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

_Randy J Holland_
Justice